UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JASON DOUGLAS VERHULST,

        Petitioner,

v.

MELINDA BRAHAM,

        Respondent.

_____/

Case No. 1:22-cv-563

Honorable Ray Kent

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated: July 8, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge